

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Dana B. Briganti
dbriganti@hinshawlaw.com

June 1, 2026

**VIA ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

> Re:    *Abdou Jobe v. Midland Credit Management, Inc.,*
>        **Case No. 7:26-cv-00284-PMH**

Dear Judge Halpern:

This firm repr[...] c. ("Defendant") in the above referenced matt[...] of the Initial Conference in this matter, which is[...] y telephone conference, to June 25, 2026 afte[...], 2026, or another date acceptable to the Cou[...]

We are reque[...] he attorney serving as principal trial counsel[...]e on June 25, 2026 until 1:30 p.m.

Prior to filing[...]aintiff Abdou Jobe, pro se, by email, and Plai[...]his request is made *with the consent* of Plaint[...]rnment. The requested extension does not aff[...]

We thank the C[...]

> Application granted. The initial conference scheduled for June 25, 2026 is adjourned to July 13, 2026 at 10:00 a.m, to be held by telephone conference using the same dial-in instructions previously provided. The parties are reminded to complete and submit in accordance with Rule 2(B) of the Court's Individual Practices the Civil Case Discovery Plan and Scheduling Order at least one week before the initial conference.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 14.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 1, 2026

[...]N LLP

s/*Dana B. Briganti*
Dana B. Briganti

cc: (Via First Class Mail and Email)
Abdou Jobe
23 Cottage Ave
Mount Vernon, New York 10550
*Plaintiff, Pro Se*

1098549\329889761.v1